# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE, | Case No. 1:19-cv-00331-BAM (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* (ECF No. 5) |
| v. | |
| KERNAN, et al., | ORDER DISREGARDING PLAINTIFF'S OBJECTIONS TO AS MOOT (ECF No. 6) |
| Defendants. | |

**I.    Procedural History**

Plaintiff David Florence ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was opened as a new case by order of the assigned District Judge in Florence v. Kernan, Case No. 1:18-cv-01045-AWI-JLT (PC) ("Florence I"). (See ECF No. 2.) As explained in that order, Plaintiff filed a Second Amended Complaint in Florence I on October 9, 2018, and another document titled as a second amended complaint on October 22, 2018. Florence I, Doc. Nos. 16, 17. As the later-filed amended complaint superseded the Second Amended Complaint, the October 22, 2018 document was filed and renamed the Third Amended Complaint. Id. at Doc. No. 22. On February 8, 2019, the Third Amended Complaint was screened and the assigned Magistrate Judge recommended dismissal without leave to amend for failure to state a claim. Id. at Doc. No. 21.

///

1

| | |
|---|---|
| 1 | Rather than filing objections to the dismissal of the Third Amended Complaint, Plaintiff inquired whether the court had received the Second Amended Complaint, which he still desired to pursue. Florence I, Doc. No. 23. The court explained that the Second Amended Complaint was superseded, and that the claims raised therein violated Federal Rules of Civil Procedure 18 and 20 when viewed along with the claims in the Third Amended Complaint. (ECF No. 2, p. 2.) Thus, the court directed the Clerk's Office to use the Second Amended Complaint to open a new action for Plaintiff. The court also noted that Plaintiff would be responsible for the filing fee in the new action, or for filing an application to proceed *in forma pauperis*. (Id. at 2 n.1.)

After this action was initiated, the undersigned ordered Plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee within forty-five days. (ECF No. 4.)

On March 27, 2019, Plaintiff filed objections in Florence I regarding the requirement that he pay the filing fee again in the new action, and instead arguing that he should be permitted to proceed in Florence I on his Second Amended Complaint, because the Third Amended Complaint had been dismissed. The court found that Plaintiff's objections regarding payment of the filing fee were more appropriately addressed in this action and directed the Clerk's Office to file the objections in this case. Florence I, Doc. No. 27. Those objections were therefore filed in this action on April 12, 2019. (ECF No. 6.) Plaintiff's motion to proceed *in forma pauperis* was received the same date. (ECF No. 5.)

**II.     Discussion**

With respect to the motion to proceed *in forma pauperis*, Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

/// |

In light of this decision, Plaintiff's objections to the requirement that he file a new application to proceed *in forma pauperis* are now moot. To the extent Plaintiff raises objections as to the substance of the District Judge's orders in Florence I, it appears the District Judge reviewed the objections and found nothing that would warrant reopening of the case. See Florence I, Doc. No. 27, p. 3. If Plaintiff wishes to raise further issues with the outcome of that matter, now that the action is closed the District Court is no longer the proper avenue for that relief.

### III. Conclusion and Order

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is GRANTED;
2. Plaintiff's objections, (ECF No. 6), are disregarded as moot;
3. **The Director of the California Department of Corrections or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action**;
4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF); and
5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **April 18, 2019**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE