UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KERNAN, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-00331-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 9) |

Plaintiff David Florence ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On April 19, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 7.) On April 22, 2019, Plaintiff filed another motion to proceed *in forma pauperis*, which apparently crossed in the mail with the Court's order. (ECF No. 9.)

Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, and no further applications are needed. Accordingly, Plaintiff's April 22, 2019 motion to proceed *in forma pauperis*, (ECF No. 9), is DENIED as moot.

IT IS SO ORDERED.

　　Dated: __**April 23, 2019**__　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1