# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>              Plaintiff,<br><br>   v.<br><br>KERNAN, *et al.*,<br><br>             Defendants. | Case No. 1:19-cv-00331-NONE-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CHANGE OF JURISDICTION OR VENUE<br><br>(ECF No. 19) |

      Plaintiff David Florence ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's motion for a transfer of venue to the U.S. District Court for the Northern District of California. (ECF No. 19.)

      "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). "A civil action may be brought in—(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or] (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . ." 28 U.S.C. § 1391(b). The party seeking the transfer must meet an initial threshold burden by demonstrating that the action could have been brought in the proposed transferee district. 28 U.S.C. § 1391(b);

1

28 U.S.C. § 1404(a); Hatch v. Reliance Ins. Co., 758 F.2d 409, 414 (9th Cir. 1985); Park v. Dole Fresh Vegetables, Inc., 964 F.Supp.2d 1088, 1093 (N.D. Cal. 2013).

The events at issue in this action occurred while Plaintiff was housed at North Kern State Prison ("NKSP") in Delano, California in Kern County, which is located within the boundaries of the Fresno Division of the Eastern District of California. Plaintiff names as defendants Secretary of CDCR S. Kernan; Undersecretary, Operations of CDCR R. M. Diaz; Undersecretary, Administration & Offender Services Kenneth J. Pogue; Director of Division of Adult Institutions K. Allison; and Chief Deputy Warden of NKSP B. Kibler. Plaintiff states that all defendants reside or work in Sacramento, California, except Defendant Kibler, who is alleged to reside or work in Delano, California. However, there is no indication that any, much less "a substantial part," of the events giving rise to this suit have taken place within the boundaries of the United States District Court for the Northern District of California. Rather, Plaintiff argues that due to the ongoing judicial emergency in the Eastern District of California, as well as his recent transfer to Pelican Bay State Prison, the Court should transfer his complaint to the Northern District so it can be assigned to a District Judge in that venue to expedite this case.[1] (ECF No. 19.)

Plaintiff's transfer to a new institution and the judicial situation in the Eastern District are not sufficient justifications to transfer this action to the Northern District. Accordingly, venue remains appropriate in the Fresno Division of this district.

Accordingly, Plaintiff's motion to transfer venue, (ECF No. 19), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **March 11, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent Plaintiff again requests injunctive relief in the form of his transfer to a new institution or to prevent Defendants from transferring him to a Non-Designated Programming Facility yard, those arguments were addressed in the Court's March 10, 2020 findings and recommendations, and the Court declines to discuss them in detail in response to the instant motion.

2