1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID FLORENCE,                          Case No.  1:19-cv-00331-NONE-BAM (PC)

12                    Plaintiff,               Appeal No. 20-15855

13           v.                                ORDER GRANTING MOTION FOR COPIES
                                               FOR USE ON APPEAL
14    KERNAN, *et al.*,
                                               (ECF No. 29)
15                    Defendants.
                                               ORDER DIRECTING CLERK OF COURT TO
16                                             MAIL COPIES OF EXCERPTS OF RECORD
                                               ON APPEAL TO PLAINTIFF BY **JUNE 5,**
17                                             **2020**

18

19           Plaintiff David Florence ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

20    *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 23, 2020, the Court

21    denied Plaintiff's motion for reconsideration, finding that Plaintiff remained obligated to pay the

22    filing fee for the instant action.  (ECF No. 25.)  On May 4, 2020, Plaintiff filed a notice of

23    interlocutory appeal, which was processed to the United States Court of Appeals for the Ninth

24    Circuit.  (ECF Nos. 26, 27.)

25           Currently before the Court is Plaintiff's letter to the Clerk of the Court, filed May 15,

26    2020.  (ECF No. 29.)  Plaintiff requests a copy of a motion he sent to the Court on March 25,

27    2020 concerning his requested injunctive relief.  Plaintiff states that he requires the copy to

28    prepare his opening brief for the pending appeal, but was unable to retain his own copy due to

                                                     1

1   limited access to the law library at his facility.  Plaintiff states that he previously requested a copy

2   of this filing but was informed by the Clerk of the Court that he must provide an original and two

3   copies, as well as a self-addressed and stamped envelope with postage if he wishes to receive a

4   conformed copy of any filing.[1]  (Id.)

5        It appears Plaintiff is requesting a copy of his March 25, 2020 filing pursuant to Ninth

6   Circuit Rule 30-3, which provides that in appeals brought by prisoners proceeding *pro se*, the

7   Clerk of the Court shall provide, upon written request, copies of documents comprising the

8   excerpts of record for the purpose of preparing briefs on appeal.  Such copies will be produced at

9   no charge for prisoners proceeding *in forma pauperis*.[2]  Circuit Rule 30-3.

10       Upon review of the docket, the Court cannot locate a motion filed by Plaintiff that is dated

11  March 25, 2020.  However, Plaintiff filed objections to the Court's findings and

12  recommendations which are dated March 25, 2020.  Therefore, the Court will direct the Clerk of

13  the Court to send a copy of Plaintiff's objections, including all attachments, to Plaintiff for the

14  preparation of his brief on appeal.

15       Accordingly, Plaintiff's motion for copies, (ECF No. 29), is HEREBY GRANTED.  The

16  Clerk of the Court is DIRECTED to mail a copy of Plaintiff's objections to the Court's findings

17  and recommendations (ECF No. 22) to Plaintiff at his current address of record by **June 5, 2020**.

18
19  IT IS SO ORDERED.

20  Dated:   **May 19, 2020**                    /s/ *Barbara A. McAuliffe*

21                                               UNITED STATES MAGISTRATE JUDGE

22

23

24

25  [1] Plaintiff is informed that even though he is proceeding *pro se* and *in forma pauperis* in this
26  action, he is generally not entitled to free copies of documents filed in this action.  Plaintiff is
    responsible for retaining his own copies of documents submitted to the Court for filing.

27  [2] To the extent Plaintiff seeks transmittal of the record to the Ninth Circuit Court of Appeals,
28  Plaintiff, as a *pro se* litigant, is not required to file an excerpt of the record.  Circuit Rule 30-1.2.