# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERNAN, *et al.*,<br><br>　　　　Defendants. | Case No.  1:19-cv-00331-NONE-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RELIEF FROM FILING FEES<br><br>(ECF No. 37) |

　　　Plaintiff David Florence ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is a letter from Plaintiff concerning Plaintiff's obligation to pay the full filing fees to the District Court, filed December 28, 2020.  (ECF No. 37.)  This letter is a photocopy of the letter Plaintiff filed with the Court on December 11, 2020.  (ECF No. 35.)  To the extent Plaintiff is submitting a second request for relief from payment of the full filing fees in this action or any other action in which he is obligated to pay filing fees, the motion is denied for the reasons explained in the Court's December 17, 2020 order.  (ECF No. 36.)

　　　Accordingly, Plaintiff's second motion for relief from filing fees, (ECF No. 37), is HEREBY DENIED.

IT IS SO ORDERED.

　　Dated:  **December 30, 2020**　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1