UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERNAN, *et al.*,<br><br>　　　　Defendants. | No. 1:19-cv-00331-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(Doc. No. 47) |

　　　　Plaintiff David Florence is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 30, 2021, the assigned magistrate judge screened the second amended complaint and issued findings and recommendations recommending that this action be dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted. (Doc. No. 47.) On October 18, 2021, plaintiff timely filed objections to the findings and recommendations. (Doc. No. 48.)

　　　　In his objections, plaintiff reiterates the factual allegations and conclusory legal arguments included in his second amended complaint, as well as boilerplate legal standards applicable to his claims. Plaintiff does not otherwise address the analysis set forth in the magistrate judge's findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 30, 2021, (Doc. No. 47), are adopted in full;
2. This action is dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **October 27, 2021**

UNITED STATES DISTRICT JUDGE