# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KERNAN, *et al.*,<br><br>　　　　Defendants. | Case No.  1:19-cv-00331-DAD-BAM (PC)<br><br>ORDER GRANTING MOTION FOR CLARIFICATION OF APPEAL<br><br>(ECF. No. 51)<br><br>ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL<br><br>**Notice of Appeal Due: December 27, 2021** |

　　　Plaintiff David Florence ("Plaintiff"), a state prisoner, proceeded *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

　　　On October 27, 2021, the assigned District Judge adopted in full the findings and recommendations issued by the undersigned and dismissed this action, with prejudice, for failure to state a cognizable claim upon which relief may be granted.  (ECF No. 49.)  Judgment was entered accordingly the same date.  (ECF No. 50.)

　　　Currently before the Court is Plaintiff's motion for clarification of appeal, filed November 24, 2021.  (ECF No. 51.)  Plaintiff requests clarification as to whether he is required to file a notice of appeal within thirty days after the judgement was entered, or within sixty days, pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), as Plaintiff believes that the United States or its officers or agency are a party to this action.  (*Id.*)

1      Plaintiff is informed that the United States, its officers, or agencies are not parties to this
2 action.  The Secretary of CDCR and other CDCR officials named in this suit are employees of the
3 State of California, not the United States.  Accordingly, the time to file a notice of appeal is
4 governed by Federal Rule of Appellate Procedure 4(a)(1)(A).
5      A notice of appeal must be filed within thirty days after entry of the judgment or order
6 appealed from.  Fed. R. App. P. 4(a)(1)(A).  The Court may extend the time to file a notice of
7 appeal if a party moves for the extension no later than 30 days after the original 30 days expires,
8 and the party "shows excusable neglect or good cause."  Fed. R. App. P. 4(a)(5)(A).  No
9 extension under Rule 4(a)(5) may exceed 30 days after the original deadline, or 14 days after the
10 date when the order granting the motion is entered, whichever is later.  Fed. R. App. P.
11 4(a)(5)(C).
12      In light of Plaintiff's *pro se* status and timely filing of his motion for clarification, the
13 Court finds good cause to grant an extension of time for Plaintiff to file a notice of appeal.
14 Pursuant to Rule 4(a)(5), the deadline will be extended to 30 days after the original deadline for
15 filing.
16      Accordingly, IT IS HEREBY ORDERED as follows:
17 1. Plaintiff's motion for clarification of appeal, (ECF No. 51), is GRANTED, as discussed
18    above;
19 2. The deadline for Plaintiff to file a notice of appeal is extended; and
20 3. Plaintiff's notice of appeal is due on or before **December 27, 2021**.

IT IS SO ORDERED.

Dated:   **November 29, 2021**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

2