UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>                  Plaintiff,<br><br>      v.<br><br>KERNAN, *et al.*,<br><br>                  Defendants. | No. 1:19-cv-00331-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM FILING FEES<br><br>(Doc. No. 53) |

Plaintiff David Florence, a state prisoner, proceeded *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

On October 27, 2021, the undersigned adopted in full the magistrate judge's findings and recommendations and dismissed this action, with prejudice, for failure to state a cognizable claim upon which relief may be granted. (Doc. No. 49.) Judgment was entered accordingly the same date. (Doc. No. 50.)

Currently before the court is plaintiff's motion for relief from the filing fees in this action, filed November 29, 2021. (Doc. No. 53.)

Plaintiff has previously attempted to challenge his obligation to pay the filing fee for the instant action, using a variety of arguments, including attempting to raise his objections in an interlocutory appeal. (*See* Doc. Nos. 6, 24, 26, 35, 37, 41.) The court has repeatedly rejected these arguments and confirmed that plaintiff is obligated to pay the filing fee. (Doc. Nos. 7, 25,

1

36, 38, 42.)

As to the specific arguments raised in the instant motion, the court has already decided this issue at length. (Doc. Nos. 7, 25.) It does not appear that plaintiff has raised any new arguments, therefore plaintiff's motion is denied for the reasons explained in the court's prior orders.

Accordingly,

1. Plaintiff's motion for relief from filing fees, (Doc. No. 53), is denied; and
2. This action remains closed.

IT IS SO ORDERED.

Dated:   **December 8, 2021**                            /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE