1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

11 DAVID FLORENCE,                                Case No.  1:19-cv-00331-DAD-BAM (PC)

12                  Plaintiff,                    Appeal No. 22-15012

13         v.                                     ORDER REGARDING *IN FORMA PAUPERIS*
                                                  STATUS ON APPEAL
14 KERNAN, *et al.*,

15                  Defendants.

16

17         Plaintiff David Florence, a state prisoner, proceeded *pro se* and *in forma pauperis* in this

18 civil rights action pursuant to 42 U.S.C. § 1983.

19         On October 27, 2021, the District Judge adopted in full the undersigned's findings and

20 recommendations and dismissed this action, with prejudice, for failure to state a cognizable claim

21 upon which relief may be granted.  (ECF No. 49.)  Judgment was entered accordingly the same

22 date.  (ECF No. 50.)

23         On January 3, 2022, Plaintiff filed a notice of appeal, which was processed to the Ninth

24 Circuit Court of Appeals.  (ECF Nos. 56, 57.)  The District Judge found that the appeal was

25 timely filed based on a prior extension of time and the prison mailbox rule.  (*See* ECF No. 59.)

26         On January 10, 2022, the Ninth Circuit Court of Appeals referred the matter back to this

27 Court for the limited purpose of determining whether *in forma pauperis* status should continue for

28 the appeal.  (ECF No. 60), 28 U.S.C. § 1915(a)(3).  The Court finds that this appeal is not taken in

1

1  bad faith and is not frivolous.  Accordingly, *in forma pauperis* status should not be revoked and

2  should continue on appeal.

3

4  IT IS SO ORDERED.

5      Dated:   **January 11, 2022**     /s/ *Barbara A. McAuliffe*     _

6                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28