# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>KERNAN, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00331-DAD-BAM (PC)<br><br>Appeal No. 22-15012<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRANSMIT DOCUMENTS TO THE COURT OF APPEALS AS MOOT<br><br>(ECF No. 62) |

On May 2, 2022, Plaintiff David Florence, a state prisoner who was proceeding *pro se* and *in forma pauperis* in this civil rights action, filed a motion requesting transmission of certain documents to the Ninth Circuit Court of Appeals. (ECF No. 62.)

Pursuant to the Ninth Circuit Rules, Plaintiff, as a *pro se* litigant, is not required to file an excerpt of the record. Circuit Rule 30-1.2. Plaintiff's motion is therefore DENIED as moot.[1]

IT IS SO ORDERED.

    Dated:  **May 4, 2022**                        /s/ Barbara A. McAuliffe            
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not prevented from requesting copies of the excerpts of the record pursuant to Ninth Circuit Rule 30-3.

1